**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: David Fako                                                          CHAPTER 13
       Kelley Fako
                Debtor(s)                                         BKY. NO. 20-70019 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ Brian C. Nicholas
                            Brian Nicholas
                            19 Jul 2022, 09:32:23, EDT

                            Brian C. Nicholas, Esq. (317240) ☑
                            Denise Carlon, Esq. (317226)     ☐
                            Rebecca A. Solarz, Esq. (315936) ☐
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            412-430-3594
                            bkgroup@kmllawgroup.com