# Notice Recipients

District/Off: 0315–7          User: auto                    Date Created: 8/19/2022
Case: 20–70019–JAD           Form ID: trc                  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15247680    Specialized Loan Servicing LLC        6200 S. Quebec Street        Greenwood Village, CO 80111

TOTAL: 1