### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

David Fako and Kelley Fako,
    Debtor(s)

Case No. 20-70019-JAD

Chapter 13

### STATUS REPORT

Now comes the Debtors, through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Status Report advising the Court of the following:

1. The Debtors filed a Consent Motion to Approving Post Petition Vehicle Financing.

2. This Court entered an Order, granting the Debtors' Motion and setting deadlines for a report and amended plan.

3. Counsel was notified during a recent conversation, that Debtor has been unable to find a lender who will work with him at this time.

Dated: January 31, 2023

By. /s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. #85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-720-1170
Email: urfreshstrt@gmail.com