IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 19-70270-JAD |
| | : | |
| **David Fako and** | : | Chapter 13 |
| **Kelley Fako,** | : | |
| **Debtors** | : | |

## CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **August 21, 2023,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**SHI International Corp**
**290 Davidson Avenue**
**Somerset, NJ 08873**
**Attn: Payroll Manager**

**David Fako**
**12 Harmony Drive**
**Indiana, PA 15701**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: August 22, 2023

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com