**Fill in this information to identify the case:**

Debtor 1: DAVID ROCKY FAKO

Debtor 2 (Spouse, if filing): KELLEY D FAKO

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 20-70019

FILED
2024 OCT 16 A 11: 24
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: PSECU                          Court claim no. (if known): 11

Last 4 digits of any number you use to identify the debtor's account: 8 4 7 3

Date of payment change:
Must be at least 21 days after date of this notice    11/16/2024

New total payment:    $ 208.45
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    9.00 %         New interest rate:    8.50 %

   Current principal and interest payment:  $ 211.15    New principal and interest payment:  $ 208.45

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment:  $ _____    New mortgage payment:  $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | DAVID ROCKY FAKO | Case number (if known) | 20-70019 |
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_    Date 10/09/2024
Signature

Print: SH'DYNA REED    Title ACCOUNT ADVISOR
       First Name   Middle Name   Last Name

Company PSECU

Address PO BOX 67013
        Number    Street

        HARRISBURG        PA    17106
        City              State ZIP Code

Contact phone 800.237.7328    Email bankruptcynotices@psecu.com

---

Official Form 410S1    Notice of Mortgage Payment Change    page 2



10/09/2024

David Rocky Fako
Kelley D Fako
12 Harmony Drive
Indiana, PA 15701

Loan #: 51
Property Address: 12 Harmony Dr, Indiana, PA 15701
RE: Changes to Your Home Equity Line of Credit (HELOC) Interest Rate and Payment Amount

Dear David & Kelley:

Pursuant to the terms of your Home Equity Line of Credit Agreement (HELOC), the Annual Percentage Rate is adjusting due to the Prime Rate Change.

|  | Current Rate | New Rate |
|---|---|---|
| Interest Rate | 9% | 8.5% |
| Principal and Interest Payment | $211.15 | $208.45 |
| Payment Due Date | N/A | 11/16/2024 |
| Total Monthly Payment | $211.15 | $208.45 |

Please contact Real Estate Servicing Department with any questions regarding your payment at 800.237.7328. At the menu prompt, select option 6, then extension 3848.

Sincerely,
Your Team at PSECU/Credit Services

# PSECU℠

IN RE:

David Rocky Fako
Kelley D Fako
    Debtor(s)


US Bankruptcy Court
Western District of Pennsylvania
    Movant

vs.

PA STATE EMPLOYEES CU
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Mortgage Payment Change upon the following by regular United States mail, postage prepaid, addressed as follows:

US Bankruptcy Court, Attn: Clerk, U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Stree Pittsburgh, PA 15219
David & Kelley Fako 12 Harmony Drive Indiana, PA 15701
Lawrence W. Willis 201 Penn Center Blvd Suite 310 Pittsburgh, PA 15235
Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219

Date: 10/09/2024

Sh'dyna Reed
PSECU Account Advisor

PO BOX 67013
Harrisburg PA 17106
800-237-7328 ext. 3115

©PSECU 55031CL 0420

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70019-JAD |
| David Fako | Chapter 13 |
| Kelley Fako | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: auto        Page 1 of 2

Date Rcvd: Oct 16, 2024        Form ID: pdf900        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcynotices@psecu.com | Oct 16 2024 23:57:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com |
| Lawrence Willis | on behalf of Joint Debtor Kelley Fako ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor David Fako ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Oct 16, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 6