Certificate Number: 05781-PAW-DE-039201381

Bankruptcy Case Number: 20-70019



05781-PAW-DE-039201381

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2025, at 8:43 o'clock AM PST, David Fako completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 2, 2025

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President