Certificate Number: 05781-PAW-DE-039201382

Bankruptcy Case Number: 20-70019



05781-PAW-DE-039201382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2025, at 8:43 o'clock AM PST, Kelley Fako completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 2, 2025

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President