**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number 20-70019-JAD |
| | : | |
| David Fako and | : | Chapter 13 |
| Kelley Fako, | : | |
| Debtors | : | |
| | : | |
| David Fako and | : | |
| Kelley Fako, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 2, 2025 at docket numbers 119 and 120, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 1, 2025                              By:    /s/ Lawrence Willis
                                                     Lawrence W Willis, Esquire
                                                     PA I.D. # 85299
                                                     Willis & Associates
                                                     201 Penn Center Blvd
                                                     Pittsburgh, PA 15235
                                                     Tel: 412.235.1721
                                                     Fax: 412.542.1704
                                                     Email: lawrencew@urfreshstrt.com
                                                     Attorney for Debtors

**PAWB Local Form 24 (07/13)**