**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David Fako**
**Kelley Fako**
Debtor(s)

Bankruptcy Case No.: 20−70019−JAD

Chapter: 13
Docket No.: 132 − 131

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of March, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/19/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/28/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/19/25.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70019-JAD |
| David Fako | Chapter 13 |
| Kelley Fako | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Fako, Kelley Fako, 12 Harmony Drive, Indiana, PA 15701-7830 |
| 15185819 | | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15185830 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15185832 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 29 2025 00:06:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2025 00:30:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2025 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | SPECIALIZED LOAN SERVICING LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 29 2025 00:06:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 15207887 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:05:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15185817 | + | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:17:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15185818 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2025 00:06:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15201221 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2025 00:06:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 15185820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:16:31 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15185821 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:30:38 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:16:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 408 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 15185822 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:43:19 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15185824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2025 00:17:33 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15188532 | | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15185825 | + | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:06:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15507130 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2025 00:07:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15185826 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 29 2025 00:06:00 | First National Bank of Pennsylvania, 4140 E. State St, Hermitage, PA 16148-3401 |
| 15197148 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 29 2025 00:06:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15219503 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 29 2025 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15204002 | + | Email/Text: RASEBN@raslg.com | Mar 29 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15196897 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15185827 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2025 00:16:58 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15220836 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2025 00:16:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15197150 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2025 00:06:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 15185828 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2025 00:06:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194292 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 29 2025 00:06:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15185829 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 29 2025 00:42:16 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15319021 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 29 2025 00:07:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15211347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2025 00:16:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15201267 | + | Email/Text: bankruptcynotices@psecu.com | Mar 29 2025 00:07:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15185831 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 29 2025 00:16:25 | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15214023 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2025 00:06:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15247680 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 29 2025 00:06:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15185833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:17:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15185834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:43:07 | Syncb/lowes, Po Box 956005, Orlando, FL |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 408 | Total Noticed: 42 |

| | | | 32896-0001 | |
|---|---|---|---|---|
| 15186156 | ^ MEBN | | Mar 28 2025 23:50:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| 15185823 | | Capital One Bank Usa N |
| 15197145 | | Capital One Bank Usa N |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15207889 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15209862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197139 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15197140 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15197141 | * | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15197142 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15197143 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197144 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197146 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15197147 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15197010 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15197149 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197151 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15197152 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15197153 | *+ | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15197154 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15197155 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15197156 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 3 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 30, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: 408 | Total Noticed: 42 |

    Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com

Lawrence Willis
    on behalf of Joint Debtor Kelley Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
    on behalf of Debtor David Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6