**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID FAKO<br>KELLEY FAKO<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:20-70019 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/17/2020 and confirmed on 6/15/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 260,241.00 |
| Less Refunds to Debtor | 2,372.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 257,868.76 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,176.00 | |
|    Trustee Fee | 13,138.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 24,314.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 117,342.64 | 0.00 | 117,342.64 |
|     Acct: 2244 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 11,124.33 | 0.00 | 11,124.33 |
|     Acct: 8473 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 6,662.83 | 0.00 | 6,662.83 |
|     Acct: 8473 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 1,961.72 | 1,961.72 | 0.00 | 1,961.72 |
|     Acct: 2244 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 169.14 | 169.14 | 0.00 | 169.14 |
|     Acct: 8473 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 101.45 | 101.45 | 0.00 | 101.45 |
|     Acct: 8473 | | | | |
|   SHEFFIELD FINANCIAL | 5,473.49 | 5,473.49 | 347.82 | 5,821.31 |
|     Acct: 7337 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 12,534.27 | 12,534.27 | 628.87 | 13,163.14 |
|     Acct: 3291 | | | | |
| | | | | 156,346.56 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID FAKO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID FAKO | 1,812.00 | 1,812.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID FAKO | 560.24 | 560.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 8,075.00 | 8,075.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-24 | | | | |

***N O N E***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 6,419.29 | 3,073.17 | 0.00 | 3,073.17 |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 5,417.85 | 2,593.74 | 0.00 | 2,593.74 |
| AMERICAN EXPRESS<br>Acct: 6783 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 2002 | 3,008.31 | 1,440.20 | 0.00 | 1,440.20 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 1719 | 1,311.74 | 627.98 | 0.00 | 627.98 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 4588 | 3,629.39 | 1,737.53 | 0.00 | 1,737.53 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 7051 | 2,903.50 | 1,390.02 | 0.00 | 1,390.02 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 2085 | 15,429.91 | 7,386.92 | 0.00 | 7,386.92 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 6982 | 6,477.31 | 3,100.95 | 0.00 | 3,100.95 |
| LVNV FUNDING LLC<br>Acct: 2565 | 7,869.94 | 3,767.66 | 0.00 | 3,767.66 |
| LVNV FUNDING LLC<br>Acct: 6713 | 4,186.77 | 2,004.37 | 0.00 | 2,004.37 |
| LVNV FUNDING LLC<br>Acct: 7891 | 3,089.66 | 1,479.14 | 0.00 | 1,479.14 |
| DISCOVER BANK(*)<br>Acct: 8551 | 12,160.04 | 5,821.50 | 0.00 | 5,821.50 |
| JPMORGAN CHASE BANK NA S/B/M/T CHA<br>Acct: 1041 | 8,329.26 | 3,987.55 | 0.00 | 3,987.55 |
| JPMORGAN CHASE BANK NA S/B/M/T CHA<br>Acct: 3734 | 8,311.62 | 3,979.10 | 0.00 | 3,979.10 |
| JPMORGAN CHASE BANK NA S/B/M/T CHA<br>Acct: 8548 | 5,301.75 | 2,538.16 | 0.00 | 2,538.16 |
| JPMORGAN CHASE BANK NA S/B/M/T CHA<br>Acct: 9773 | 5,200.04 | 2,489.47 | 0.00 | 2,489.47 |
| NAVIENT SOLUTIONS LLC O/B/O ASCEND<br>Acct: 8473 | 9,967.26 | 4,771.73 | 0.00 | 4,771.73 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 8473 | 20,000.00 | 9,574.80 | 0.00 | 9,574.80 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 8473 | 15,579.27 | 7,458.42 | 0.00 | 7,458.42 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 8473 | 9,614.70 | 4,602.94 | 0.00 | 4,602.94 |
| SOFI LENDING CORP<br>Acct: 9008 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 4880 | 2,355.68 | 1,127.76 | 0.00 | 1,127.76 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9708 | 4,710.16 | 2,254.94 | 0.00 | 2,254.94 |
| LENDING CLUB CORP*<br>Acct: 4958 | 23,770.60 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>Acct: 4880 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 77,208.05 |

TOTAL PAID TO CREDITORS                                                                 233,554.61

```
TOTAL CLAIMED
    PRIORITY            0.00
    SECURED        20,240.07
    UNSECURED     185,044.05
```

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID FAKO
KELLEY FAKO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-70019 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70019-JAD |
| David Fako | Chapter 13 |
| Kelley Fako | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Fako, Kelley Fako, 12 Harmony Drive, Indiana, PA 15701-7830 |
| 15185819 | | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15185830 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15185832 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Mar 29 2025 00:06:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2025 00:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2025 00:07:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | SPECIALIZED LOAN SERVICING LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 29 2025 00:06:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 15207887 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:16:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15185817 | + | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:17:30 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15185818 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2025 00:06:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15201221 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2025 00:06:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 15185820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:30:46 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15185821 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:16:49 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:17:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 15185822 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2025 00:29:58 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15185824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2025 00:16:55 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15188532 | | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15185825 | + | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:06:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15507130 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2025 00:07:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15185826 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 29 2025 00:06:00 | First National Bank of Pennsylvania, 4140 E. State St, Hermitage, PA 16148-3401 |
| 15197148 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 29 2025 00:06:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15219503 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 29 2025 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15204002 | + | Email/Text: RASEBN@raslg.com | Mar 29 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15196897 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 29 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15185827 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2025 00:16:24 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15220836 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2025 01:05:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15197150 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2025 00:06:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 15185828 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2025 00:06:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194292 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 29 2025 00:06:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15185829 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 29 2025 01:05:21 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15319021 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 29 2025 00:07:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15211347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2025 01:05:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15201267 | + | Email/Text: bankruptcynotices@psecu.com | Mar 29 2025 00:07:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15185831 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 29 2025 00:16:25 | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15214023 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2025 00:06:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15247680 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 29 2025 00:06:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15185833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:04:40 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15185834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:42:12 | Syncb/lowes, Po Box 956005, Orlando, FL |

| Recip ID | | Name and Address |
|---|---|---|
| 15186156 | ^ MEBN | 32896-0001<br>Mar 28 2025 23:50:03 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| 15185823 | | Capital One Bank Usa N |
| 15197145 | | Capital One Bank Usa N |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15207889 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15209862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197139 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15197140 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15197141 | * | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15197142 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15197143 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197144 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197146 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15197147 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15197010 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15197149 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197151 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15197152 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15197153 | *+ | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15197154 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15197155 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15197156 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 3 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf900 | Total Noticed: 42 |

    Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com

Lawrence Willis
    on behalf of Joint Debtor Kelley Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
    on behalf of Debtor David Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6