**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
  DAVID FAKO
  KELLEY FAKO
          Debtor(s)

  Ronda J. Winnecour
          Movant
        vs.
  No Repondents.

Case No.:20-70019 JAD

Chapter 13

Document No.: 131

FILED
5/20/25 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

  AND NOW, this _____20th_____ day of __May_____, 20_25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 20-70019-JAD

David Fako                                                       Chapter 13

Kelley Fako

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                     User: auto                                    Page 1 of 4

Date Rcvd: May 20, 2025            Form ID: pdf900                       Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Fako, Kelley Fako, 12 Harmony Drive, Indiana, PA 15701-7830 |
| 15185819 | | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15185830 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15185832 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 21 2025 00:03:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2025 00:34:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2025 00:03:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 21 2025 00:03:00 | SPECIALIZED LOAN SERVICING LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 21 2025 00:03:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 21 2025 00:03:00 | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 15207887 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:22:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15185817 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:22:53 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15185818 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2025 00:03:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15201221 | + | Email/Text: bankruptcy@bbandt.com | May 21 2025 00:03:00 | Branch Banking and Trust, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 15185820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2025 00:22:46 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15185821 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2025 00:09:58 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2025 00:49:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0315-7                                    User: auto                                    Page 2 of 4

Date Rcvd: May 20, 2025                            Form ID: pdf900                            Total Noticed: 42

| 15185822 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|---|---|---|---|
| | | May 21 2025 00:22:12 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15185824 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 21 2025 00:21:56 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15188532 | Email/Text: mrdiscen@discover.com | | |
| | | May 21 2025 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15185825 | + Email/Text: mrdiscen@discover.com | | |
| | | May 21 2025 00:03:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15507130 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | May 21 2025 00:03:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15185826 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | May 21 2025 00:03:00 | First National Bank of Pennsylvania, 4140 E. State St, Hermitage, PA 16148-3401 |
| 15197148 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | May 21 2025 00:03:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15219503 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | May 21 2025 00:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15204002 | + Email/Text: RASEBN@raslg.com | | |
| | | May 21 2025 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15196897 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | May 21 2025 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15185827 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | May 21 2025 00:50:22 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15220836 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 21 2025 00:09:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15197150 | + Email/Text: Documentfiling@lciinc.com | | |
| | | May 21 2025 00:03:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-5839 |
| 15185828 | + Email/Text: Documentfiling@lciinc.com | | |
| | | May 21 2025 00:03:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194292 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |
| | | May 21 2025 00:03:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15185829 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | May 21 2025 00:11:26 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15319021 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | May 21 2025 00:03:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15211347 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 21 2025 00:11:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15201267 | + Email/Text: bankruptcynotices@psecu.com | | |
| | | May 21 2025 00:03:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15185831 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | May 21 2025 00:22:05 | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15214023 | Email/Text: bankruptcy@bbandt.com | | |
| | | May 21 2025 00:03:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15247680 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 21 2025 00:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15185833 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 21 2025 00:21:58 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15185834 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 21 2025 00:11:34 | Syncb/lowes, Po Box 956005, Orlando, FL |

District/off: 0315-7                       User: auto                                    Page 3 of 4

Date Rcvd: May 20, 2025                    Form ID: pdf900                                Total Noticed: 42

32896-0001

15186156              ^  MEBN

May 21 2025 00:00:08    Synchrony Bank, c/o of PRA Receivables
Management, LLC, PO Box 41021, Norfolk, VA
23541-1021

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| 15185823 | | Capital One Bank Usa N |
| 15197145 | | Capital One Bank Usa N |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15207889 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15209862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15197139 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15197140 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15197141 | * | Bb&t, Credit Disputes, Wilson, NC 27894 |
| 15197142 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15197143 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15197144 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197146 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15197147 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15197010 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15197149 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15197151 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15197152 | * | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15197153 | *+ | Sflndcorp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15197154 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15197155 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15197156 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 3 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com |

District/off: 0315-7                              User: auto                                    Page 4 of 4
Date Rcvd: May 20, 2025                      Form ID: pdf900                        Total Noticed: 42

Lawrence Willis

on behalf of Joint Debtor Kelley Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis

on behalf of Debtor David Fako ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
Structured Transaction Trust, Series 2022-2 rshearer@raslg.com

Robert Shearer

on behalf of Creditor Federal Home Loan Mortgage Corporation rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 7